**LIVINGSTON FINANCIAL, LLC, Plaintiff/Respondent,**

v.

**Jeffrey D. LAGE, Defendant/Appellant.**

**No. ED 99320.**

Missouri Court of Appeals, Eastern District, Division Three.

Sept. 17, 2013.

Rehearing Denied Oct. 22, 2013.

Adam Eugene Hanna, Bradshaw, Steele, Cochrane & Berens, Cape Girardeau, MO, for Appellant.

Donald A. Horowitz, Gamache & Myers PC, Crestwood, MO, for Respondent.

Before MARY K. HOFF, P.J., KURT S. ODENWALD, J., and ANGELA T. QUIGLESS, J.

### ORDER

PER CURIAM.

Jeffrey D. Lage (Lage) appeals from the trial court's judgment in favor of Livingston Financial, LLC, (Livingston) on Livingston's petition alleging that Lage owed Livingston principal plus interest for an unpaid balance on a credit account. We affirm.

We have reviewed the briefs of the parties, the legal file, and the record on appeal, and find the claim of error to be without merit. No error of law appears. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their infor-

mation only, setting forth the reasons for this order pursuant to Rule 84.16(b).